# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00310-CR

**Lorraine Cope, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 2034647, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Lorraine Cope seeks to appeal from a judgment of conviction for forgery. The trial court has certified that this is a plea bargain case and Cope has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Bob Pemberton, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed: June 10, 2004

Do Not Publish